In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Located on the Southerly Side of Newkirk Avenue, between West-

# 758    CASES REPORTED WITH BRIEF SYLLABI.

minster Road and Coney Island Avenue, etc.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.